# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE<br>CAPITAL ONE TELEPHONE<br>CONSUMER PROTECTION ACT<br>LITIGATION | Master Docket No. 1:12-cv-10064<br>MDL No. 2416 |
| This document relates to:<br><br>CYNTHIA BILETNIKOFF,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>CAPITAL ONE FINANCIAL CORP.,<br>and CAPITAL ONE SERVICES, LLC,<br>and DOES 1 through 50, inclusive. | Case No: 1:12-cv-10138 |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Cynthia Biletnikoff v. Capital One One Bank (USA), N.A., Capital One Financial Corp., and Capital One Services, LLC,* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: 11/14/14

*/s/ James F. Holderman*
James F. Holderman
United States District Judge